**Order entered December 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01288-CV

### JAY NORDSTROM, Appellant

### V.

### ROBERT GORDON D/B/A STUTTGART AUTO GROUP, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-02276-C**

## ORDER

We **GRANT** appellant's December 18, 2014 motion for substitution of counsel. We **DIRECT** the Clerk of this Court to substitute Ronald E. Holub and the Law Firm of Ronald E. Holub as counsel for appellant in the place of Martin Allen Brown and Ronald Vickery with the Law Firm of Basinger Leggett Clemons Bowling & Shore, PLLC.

/s/     ELIZABETH LANG-MIERS
        JUSTICE